IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

PATRICK L. SHERMAN                                                                PLAINTIFF

v.                          Civil No. 6:20-cv-06122

SHERIFF MIKE CASH, Hot                                                          DEFENDANTS
Spring County; CAPTAIN JOSH
LINGO, Jail Administrator; JAILER
JOHN DOE #1; JAILER JOHN DOE
#2; and JANE DOE #1.

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3), the Honorable Robert T. Dawson, United States District Judge, referred the instant case to the undersigned for the purpose of making a report and recommendation.

Plaintiff, Patrick L. Sherman, filed this action pursuant to 42 U.S.C. §1983. At the time, he was incarcerated in the Hot Spring County Detention Center. With his Complaint, he filed a motion to proceed *in forma pauperis* (IFP). As it appeared Plaintiff had three or more strikes under 28 U.S.C. § 1915(g) and was therefore ineligible for IFP status, he was given until November 3, 2020, to either establish he did not have three or more strikes or provide a reason that § 1915(g) did not apply to the allegations of the Complaint. (ECF No. 3).

When no response was received by November 3, 2020, a Show Cause Order (ECF No. 5) was entered giving Plaintiff until December 31, 2020, to show why the case should not be dismissed based on his failure to comply with the Court's prior Order. The Show Cause Order was returned as undeliverable (ECF No. 6).

When he filed the case, Plaintiff was specifically advised (ECF No. 3) that he was required to immediately inform the Court of any change of address. If Plaintiff was transferred or

released, Plaintiff was told he must advise the Court of any change in his address by no later than thirty (30) days from the time of his transfer to another facility or his release. Additionally, Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas requires *pro se* parties to "promptly notify the Clerk and other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently."

As mentioned above, the Show Cause Order was returned as undeliverable from the Hot Spring Detention Center on December 30, 2020 (ECF No. 6). Plaintiff had until January 29, 2021, to provide the Court with his new address. To date, Plaintiff has not responded to the Show Cause Order, provided a new address, or contacted the Court in anyway.

For the reasons stated, it is recommended that this case be **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

IT IS SO ORDERED on this 8th day of February 2021.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE