IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

PATRICK L. SHERMAN                                                                                         PLAINTIFF

v.                                         Civil No. 6:20-cv-06122

SHERIFF MIKE CASH, Hot
Spring County; CAPTAIN JOSH
LINGO, Jail Administrator; JAILER
JOHN DOE#1; JAILER JOHN DOE
#2; and JANE DOE #1.                                                                                    DEFENDANTS

## ORDER

Now before the Court is the Report and Recommendation filed February 8, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 7.)  Judge Bryant recommends this case be dismissed without prejudice for Plaintiff's failure to comply with the Court's prior order requiring him to establish that he did not have three or more strikes under 28 U.S.C. § 1916(g) and for Plaintiff's failure to keep the Court informed of any change in his address.  No party has filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, the Court adopts the Report and Recommendation *in toto.*

Accordingly, it is hereby **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** this 22nd day of March 2021.

.

/s/ *Robert T. Dawson*
ROBERT T. DAWSON
SENIOR U.S. DISTRICT JUDGE